UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRIS ADAMSON, an individual; JASON BRAY, an individual; LUCAS COLE, an individual; SHAUN DARBY, an individual; CYNTHIA FAJARDO, an individual; JAMES MAAS, an individual; DARRIN RAYNER, an individual; ELIZABETH REIGLE, an individual; RYAN OLIVAREZ, an individual,<br><br>                  Plaintiffs,<br><br>   vs.<br><br>PIERCE COUNTY, a local government; PIERCE COUNTY DEPUTY PROSECUTING ATTORNEYS JAMES SCHACHT AND FRED WIST, officially and individually; SHERIFF PAUL PASTOR, officially and individually; and ACTING SHERIFF AND UNDERSHERIFF BRENT BOMKAMP, officially and individually,<br><br>                  Defendants. | NO.   3:21-cv-05592<br><br>NOTICE OF REMOVAL |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendants Pierce County, Pierce County Deputy Prosecuting Attorneys James Schacht and Fred Wist, Sheriff Paul Pastor, Acting Sheriff and Undersheriff Brent Bomkamp hereby remove to this Court the state court action described

NOTICE OF REMOVAL - 1
Adamson_notice of removal
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713

below.

1. On July 26, 2021 an action was commenced in the Superior Court of the State of Washington in and for the County of Thurston, entitled Chris Adamson, et al vs Pierce County, et al, as cause number 21-2-01294-34. A copy of the complaint is hereto attached as **Exhibit A**.

2. The first date upon which Defendants, Pierce County, Pierce County Deputy Prosecuting Attorneys James Schacht and Fred Wist, Sheriff Paul Pastor, Acting Sheriff and Undersheriff Brent Bomkamp, received a copy of the said complaint was July 26, 2021, when Defendants were served with a copy of the said complaint and a summons from the said state court. A copy of the summons is attached hereto as **Exhibit B**. All Defendants entered Notice of Appearance jointly on August 13, 2021. Notice of Appearance is attached hereto as **Exhibit C**. This Notice is timely filed pursuant to 28 U.S.C. § 1446(b) on behalf of all Defendants.

3. This civil action arises under the Constitution of the United States. 42 U.S.C. § 1983. The State Court action is removable to this Court pursuant to 28 U.S.C. § 1441(a) and (c) as Plaintiffs' cause of action includes a federal question arising under the laws of the United States, specifically, an action for deprivation of rights under 42 U.S.C. § 1983. Plaintiffs allege that during their employment with the Pierce County Sheriff's Department ("PCSD"), PCSD and individually named defendants violated their First Amendment rights by retaliating against them for engaging in alleged protected speech. Plaintiffs also allege Conspiracy and other state law claims for Blacklisting, Defamation/False Light, Outrage, Negligent Infliction of Emotional Distress, and Breach of Contract. Accordingly, removal is appropriate under 28 U.S.C. § 1441(c).

/ / /

/ / /

NOTICE OF REMOVAL - 2
Adamson_notice of removal
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main: (253) 798-6732 / Fax: (253) 798-6713

4. Defendants have provided written notice of this Notice to counsel of record for Plaintiffs, and a true and complete copy of this Notice will be filed in the State Court Action.

DATED this 18th day of August, 2021.

    MARY E. ROBNETT
    Prosecuting Attorney

    s/ FRANK CORNELIUS
    FRANK CORNELIUS, WSBA # 29590
    Pierce County Prosecutor / Civil
    955 Tacoma Avenue South, Suite 301
    Tacoma, WA  98402-2160
    Ph: 253-798-6514 / Fax: 253-798-6713
    frank.cornelius@piercecountywa.gov

## CERTIFICATE OF SERVICE

On August 18, 2021, I hereby certify that I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Joan K. Mell**  joan@3brancheslaw.com
  III Branches Law, PLLC
  1019 Regents Blvd. Ste. 204
  Fircrest, WA  98466

    s/ NADINE BRITTAIN
    NADINE BRITTAIN
    Legal Assistant
    Pierce County Prosecutor's Office
    Civil Division, Suite 301
    955 Tacoma Avenue South
    Tacoma, WA 98402-2160
    Ph:  253-798-6081 / Fax:  253-798-6713

NOTICE OF REMOVAL - 3
Adamson_notice of removal
USDC WAWD No.

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main:  (253) 798-6732 / Fax:  (253) 798-6713