UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRIS ADAMSON, et al., | CASE NO. C21-5592 BHS |
| Plaintiffs, | ORDER |
| v. | |
| PIERCE COUNTY, et al., | |
| Defendants. | |

THIS MATTER is before the Court on Defendants' Motion to Continue the Trial Date, Dkt. 59, and on the parties' cross motions to compel, Dkts 48 and 62. The case was recently transferred to this Court. Dkt. 51. All three motions arises out of accusations that the other side is impeding discovery and trial preparation. For too long this case's pretrial discovery disputes have been like two ships passing in the night; counsel have met in and out of court about alleged noncompliance with discovery rules, without any significant resolution.

The Court agrees that the matter is not ready for trial to commence in October of this year, and the Defendants' motion to continue the trial date is GRANTED. The new

ORDER - 1

1  trial date is January 30, 2024. The Clerk will issue a new scheduling order based on that

2  date. The parties should promptly advise the Court of any conflicts with that trial date.

3        In the meantime, the pending motions to compel (including the motions for

4  sanctions), Dkts. 48 and 62, and any other discovery matters that arise, are **REFERRED**

5  to Magistrate Judge Grady Leupold for resolution.

6        IT IS SO ORDERED.

7        Dated this 30th day of May, 2023.

                        BENJAMIN H. SETTLE
                        United States District Judge