UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRIS ADAMSON, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>PIERCE COUNTY, et al.,<br><br>　　　　　　　Defendants. | Case No. 3:21-cv-05592-TMC<br><br>ORDER ON SCHEDULING CONFERENCE |

On December 28, 2023, the Court conducted a scheduling conference with counsel by videoconference. This order clarifies and adds to the Court's oral rulings on the remaining case schedule. To the extent there are any inconsistencies with the Court's oral ruling, this order controls. The Court ORDERS as follows:

- With respect to Request for Production No. 12, Defendants must disclose their search protocol—including custodians, types of documents (e.g. emails, text messages, messaging platforms), and terms—to Plaintiffs' counsel no later than December 29, 2023. Plaintiffs may propose up to ten additional search terms no later than January 2, 2024. The parties must confer no later than January 3, 2024 and attempt to reach agreement if they disagree regarding the custodians or types

ORDER ON SCHEDULING CONFERENCE - 1

of documents searched. If the parties cannot reach agreement, they may submit no later than January 5, 2024 a joint statement of no more than five pages summarizing the remaining disagreement. The Court will resolve any disagreement by minute order or telephone conference.

- Defendants shall produce all remaining documents in compliance with the Court's December 19, 2023 oral rulings on Plaintiffs' motion to compel (Dkt. 112) no later than January 16, 2024.

- The parties shall confer and attempt to reach agreement regarding any remaining depositions that Plaintiffs believe are necessary following the additional document production. If the parties cannot reach agreement, they may file a joint summary of the parties' respective positions, whom Plaintiffs seek to depose, and how long Plaintiffs expect each deposition will take. The joint summary may not exceed five pages and must be filed by January 19, 2024. The Court will resolve any disagreement by minute order or telephone conference.

- No further written discovery will be allowed.

- The trial date is reset for July 8, 2024.

The Clerk is directed to enter a case scheduling order for the remaining deadlines based on a trial date of July 8, 2024.

Dated this 28th day of December, 2023.

Tiffany M. Cartwright
United States District Court Judge